**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

- - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | |
| CARLA MARIE PLAISTED, | | |
| Debtor. | : | BANKRUPTCY NO. 24-10522-JCM |
| CARLA MARIE PLAISTED, | : | Chapter 13 |
| Movant | | |
| | : | RELATES TO CL ## 2-1 & 5-1 |
| v. | | |
| | : | Response date: 03/03/2025 |
| BJC VENTURES LLC t/d/b/a | | Hearing date: 03/25/2025 |
| SERVPRO OF SOUTHERN BUTLER | : | Hearing time: 2:00 PM |
| COUNTY, Respondent. | | |
| | : | Related to Doc. #36 |

- - - - - - - - - - - - - - - - - X

**CERTIFICATE OF SERVICE OF DEBTORS REPLY**

  I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on March 4, 2025. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

**Carla Marie Plaisted**
11470 East Third Street
Conneaut Lake, PA 16316

**BJC Ventures LLC dba ServPro**
c/o Dodson Chase
5500 Corporate Drive, Suite 240
Pittsburgh, PA 15237

**BJC Ventures LLC t/d/b/a Servpro of S Butler Cnty**
203 Staffordshire Place
Pittsburgh, Pennsylvania 15238

**Servpro of South Butler County**
306 Seneca Lane
Evans City, 16033

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

Executed on: March 4, 2025

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2568
724-283-2900       Pa. ID# 31802
dai@dairosenblumbankruptcy.com