IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10522-JCM |
| | : | | |
| Carla Marie Plaisted | : | Chapter: | 13 |
| | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 3/25/2025 |
| | : | Time: | 02:00 |

### PROCEEDING MEMO

**MATTER**   #31 Objection to Claim of BJC Ventures LLC t/d/b/a as SERVPRO of Southern Butler County

**APPEARANCES:**

Debtor:   Dai Rosenblum (video)
Trustee:   Kate DeSimone (video)
BJC Ventures LLC: Francis Dodson (video)

**NOTES:**

Rosenblum:   This is the Debtor's former residence.  Rain caused substantial water damage to the house.  The family believed there would be insurance coverage, but it was denied since no one was residing there at the time. We object to the proof of claim citing the consumer protection laws in PA for household repairs, this was an emergency repair.  Mr. Plaisted filed a response to our objection stating it was not an emergency. We believe the entire claim should be disallowed.  The corrected response has not been filed.

Dodson:   Prior to the bankruptcy Mr. Rosenblum advised the Debtor would not be paying the claim.  We are seeking an unsecured claim.

**OUTCOME:**   On or before April 8, 2025, Respondent shall file a response.  On or before April 22, 2025 the Debtor shall file a Reply.  TO to be entered.

Upon receipt of Debtor's Reply Standard Pretrial Order to be issued with 60 days discovery.

SIGNED
3/25/25 4:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA