**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| CARLA MARIE PLAISTED, ) | Case No: 24-10522-JCM |
| ) | |
| Debtor(s). ) | Chapter 7 |
| ) | |
| CARLA MARIE PLAISTED, ) | |
| ) | |
| Movant(s), ) | |
| ) | Related to Document No.: 44 |
| v. ) | |
| ) | |
| ) | |
| NO RESPONDENT. ) | |

## ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED CHAPTER 13 PLAN, DECLARATION, OR OBJECTION

**And Now,** the _____ day of _____, 2025 after careful consideration of the Debtor's Motion to Extend Time, **It Is Hereby Ordered,** that the deadline for the Debtor to file a Pretrial Statement is extended to July 7, 2025.

It is **Further Ordered** that the deadline for the Debtor to file a completed and Consolidated Pretrial Statement signed by all Parties is extended to July 7, 2025.

_____
John C. Melaragno, Judge
United States Bankruptcy Court