FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**CARLA MARIE PLAISTED**

Case No. 24-10522-JCM

Chapter 13

**Debtor(s).**

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

☑    Other:    Objection to Claim of BJC Ventures LLC t/d/b/a as SERVPRO of Southern Butler County at Claim Numbers 2 and 5 at Doc. # 31

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

☑ Chapter 13 Plan dated September 17, 2024

is modified as follows:

☑    Other: Section 9.1 Nonstandard Plan Provision

ServPro's Secured Claim # 2-1 (Trustee's Claim # 3) is disallowed. ServPro's Unsecured Claim # 5-1 (Trustee's Claim # 33) is reduced from $52,894.11 to $31,200.00. Beginning with the month following the month in which this Order is docketed, the Trustee shall pay BJC Ventures LLC dba ServPro $1,000.00 a month for 31 months and a final 32nd payment of $200.00.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have

FORM JCM 13-3

been notified.

**SO ORDERED**, this ____ day of _____, 2025

Dated: _____

John C. Melaragno, Judge
United States Bankruptcy Court

Stipulated by:

/s/ Dai Rosenblum, Esq.
Counsel to Debtor

Stipulated by:

/s/ Francis Brian Dodson, Esq.
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

[04/22]                                           -2-