**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/13/2025

IN RE:

| | |
|---|---|
| CARLA MARIE PLAISTED<br>11470 EAST THIRD STREET<br>CONNEAUT LAKE, PA 16316<br>XXX-XX-7981    Debtor(s) | Case No. 24-10522<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/13/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Account No. | Court Claim # | Claim | Comment |
|---|---|---|---|---|---|---|---|
| FEIN SUCH KAHN & SHEPARD PC<br>7660 IMPERIAL WAY STE 121<br>ALLENTOWN, PA 18195 | 1 | 0.00% | NOTICE ONLY | | | 0.00 | NEW AMERICAN FUNDING/PRAE |
| KML LAW GROUP PC*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 2 | 0.00% | NOTICE ONLY | | | 0.00 | PENNYMAC/PRAE |
| BJC VENTURES LLC DBA SERVPRO<br>BJC VENTURES LLC T/D/B/A SERVPRO OF BUTLE<br>306 SENECA LN<br>EVANS CITY, PA 16033 | 3 | 0.00% | UNSECURED (S) | | 5 | 31,200.00 | CL REDUCED~AMT@PMT/STIP OE 7-10-25*BGN 8/25*AMD |
| NEW AMERICAN FUNDING LLC<br>PO BOX 170581<br>AUSTIN, TX 78717 | 4 | 0.00% | MORTGAGE REGULAR PAYMEN | 6486 | 6 | 0.00 | PMT/CL-PL*913.43x(60+2)=LMT*$0ARRS/PL-CL |
| PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | 5 | 0.00% | MORTGAGE REGULAR PAYMEN | 6260 | 3 | 0.00 | SURR/PL*$970.60/CL*BGN 10/24 |
| COMENITY BANK<br>PO BOX 182125<br>COLUMBUS, OH 43218 | 6 | 0.00% | UNSECURED CREDITOR | 0074 | | 0.00 | NT ADR~ADS~DNT FRST/SCH |
| COMENITY BANK<br>PO BOX 182125<br>COLUMBUS, OH 43218 | 7 | 0.00% | UNSECURED CREDITOR | 5746 | | 0.00 | NT ADR~ADS~ULTA/SCH |
| COMENITY BANK<br>PO BOX 182125<br>COLUMBUS, OH 43218 | 8 | 0.00% | UNSECURED CREDITOR | 4574 | | 0.00 | NT ADR~ADS~VCTR SCRT/SCH |
| ASCENSION POINT RECOVERY SERVICES<br>100 COON RAPIDS BLVD STE 210<br>MINNEAPOLIS, MN 55433-5876 | 9 | 0.00% | UNSECURED CREDITOR | 7624 | | 0.00 | NT ADR~DSPTD~THD/SCH |
| PA AMERICAN WATER COMPANY (FOR FORMER<br>C/O SHARP COLLECTIONS INC - O/S REVENUE C<br>PO BOX 81<br>14 E SHENANGO ST<br>SHARPSVILLE, PA 16150 | 10 | 0.00% | UNSECURED CREDITOR | 3549 | 4 | 403.77 | 3549;1/1/24-9/5/24*23/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BUTLER HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HTN |
| **BUTLER IMAGING & INTERVENTION**<br>7 ACEE DR<br>NATRONA HEIGHTS, PA 15065-9700 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5737 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PLATINUM~DSPTD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9032 |
| **HOME DEPOT CREDIT SERVICES**<br>PO BOX 790328<br>SAINT LOUIS, MO 63179 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DSPTD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7624 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INDEPENDENCE HLTH/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9338 |
| **JP WARD AND ASSOCIATES**<br>201 S HIGHLAND AVE STE 201<br>PITTSBURGH, PA 15206 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KOHLS DEPARTMENT STORE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1634 |
| **MARINER FINANCE LLC**<br>8110 CORPORATE DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0067 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1091 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SOCIAL SECURITY ADMINISTRATION (*)**<br>MID-ATLANTIC PROGRAM SVC CENTER<br>ATTN CHAPTER 13 TRUSTEE REMITTANCE SECT<br>PO BOX 2861<br>PHILADELPHIA, PA 19122 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>PO BOX 669807*<br>DALLAS, TX 75266 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0381 |
| **SYNCHRONY BANK**<br>PO BOX 669807*<br>DALLAS, TX 75266 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~LEVIN FRNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8107 |
| **TBOM RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR 97076 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0167 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZO**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **COMENITY BANK**<br>PO BOX 182125<br>COLUMBUS, OH 43218 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~VCTR SCRT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4588 |
| **VOGEL DISPOSAL SERVICE INC**<br>ATTN RESDNTL SVC DIVISION<br>POB 857<br>MARS, PA 16046 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: 23~TRASH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9677 |
| **WELLS FARGO FINANCIAL**<br>ATTENTION: BANKRUPTCY PAYMENT PROCESSI<br>MAC F2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6354 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2042 |
| **WELLS FARGO**<br>POB 14487 - PMT PROCESSING<br>DES MOINES, IA 50306 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NATION/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6758 |

| CLAIM RECORDS | | |
|---|---|---|
| **CAPITAL ONE NA BY AIS INFOSOURCE LP - AGE** | Trustee Claim Number:31   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:1 | ACCOUNT NO.: 8352 |
| | CLAIM: 798.65 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: NT/SCH | |
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:32   INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:3 | ACCOUNT NO.: 6260 |
| | CLAIM: 0.00 | |
| DALLAS, TX  75266-0929 | COMMENT: SURR/PL*$6,652.38/CL*THRU 9/24 | |
| **BJC VENTURES LLC DBA SERVPRO** | Trustee Claim Number:33   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BJC VENTURES LLC T/D/B/A SERVPRO OF BUTLER | Court Claim Number:2 | ACCOUNT NO.: |
| 306 SENECA LN | | |
| | CLAIM: 0.00 | |
| EVANS CITY, PA  16033 | COMMENT: CL DISALLOWED 52894.11*DK | |